**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose Gaston FLORES–CANO, also known as Gastan Omar Flores–Cano, Defendant–Appellant.**

No. 12–40183
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 14, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Omar Weaver Rosales, Rosales & Associates, L.L.P., Harlingen, TX, for Defendant–Appellant.

Jose Gaston Flores–Cano, Raymondville, TX, pro se.

Before REAVLEY, JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Gaston Flores–Cano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Flores–Cano has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Flores–Cano's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.